Gerald Singleton (SBN 208783)
Ross J. Peabody (SBN 98190)
SINGLETON LAW FIRM, APC
857 E. Main Street
Ventura, California 93001
Tel:   (619) 771-3473
Fax:   (619) 255-1515
gerald@slffirm.com
ross@slffirm.com

Mikal C. Watts
TX State Bar No. 20981820
Guy L. Watts
TX State Bar No. 24005316
Jennifer Neal
TX State Bar No. 24089834
WATTS GUERRA LLP
811 Barton Springs Rd., Ste. 725
Austin, Texas 78704
Tel:   (512) 479-0500
Fax:   (512) 479-0502
mcwatts@wattsguerra.com
gwatts@wattsguerra.com
jneal@wattsguerra.com

Andres Pereira
TX State Bar No. 00794440
ANDRES PEREIRA LAW FIRM P.C.
14709 Custer Court
Austin, Texas 78734
Tel:   (713) 305-6188
Fax:   (512) 309-5861
apereira@andrespereiracpc.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOLDEN, PAULETTE SCHMIDT, DEBORAH PRYOR-BRUNS, DENNIS BRUNS, CHRIS GRADY, BELINDA DILL, JACK DILL, SHEILA PRYOR, JOE PRYOR, ROBIE ROWE, DONALD STAIR, EILEEN STAIR, CINDY VAN HORN DAVID VAN HORN, DEBRA DALTON, MICHAEL DALTON, and AURORA KIRBY,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRINCESS CRUISE LINES LTD.,<br><br>    Defendant. | Case No. 2:20-CV-03788-RGK-SK<br><br>**ALL PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. R. Gary Klausner |

1

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

## ALL PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW, All Plaintiffs asserting claims in this matter, specifically Plaintiffs (1) James Bolden, (2) Paulette Schmidt, (3) Deborah Pryor-Bruns, (4) Dennis Bruns, (5) Chris Grady, (6) Belinda Dill, (7) Jack Dill, (8) Sheila Pryor, (9) Joe Pryor, (10) Robie Rowe, (11) Donald Stair, (12) Eileen Stair, (13) Cindy Van Horn, (14) David Van Horn, (15) Debra Dalton, (16) Michael Dalton, And (17) Aurora Kirby, by and through their undersigned counsel, and file as their *All Plaintiffs' Notice Of Voluntary Dismissal*, and would respectfully show the Court as follows:

Pursuant to Rule 41(a)(1), at this time, prior to the Defendants in this matter having filed a motion for summary judgment, the Plaintiffs are hereby giving notice that they no longer wish to pursue the claims they have asserted in this matter, and are hereby giving notice of this dismissal of all claims and causes of action which have been asserted on their behalf in this matter.

Respectfully Submitted

Dated: March 8, 2021                    SINGLETON LAW FIRM, APC

                                        By:   */s/Gerald Singleton*
                                              Gerald Singleton
                                              Attorneys for Plaintiffs