**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS PARKER, TOM ROCHAT, JAMES BOLDEN, PAULETTE SCHMIDT, DEBORAH PRYOR-BRUNS, DENNIS BRUNS, DIANE CASASSA-ZIMMERMAN, CHRIS GRADY, BELINDA DILL, JACK DILL, GUADALUPE MENDEZ, MACIELO SALAZAR, ISABELLE NG, TOM NG, SHEILA PRYOR, JOE PRYER, ROBIE ROWE, WILEY ROWE, LARRY SCHWINDT, CONNIE SCHWINDT, MICHELLE SMITH, STEVEN SMITH, DONALD STAIR, EILEEN STAIR, STELLA TORREZ, CINDY VAN HORN and DAVID VAN HORN,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES LTD.,<br>Defendant. | CASE NO. 2:20-CV-03788-RGK-SK<br><br>**JOUNT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP41(a)(1)(A)(ii)**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim<br>Filed:  04/24/2020 |

   IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this litigation, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his or its own costs and fees.

   Pursuant to Rule 41(a)(1)(A)(ii), this dismissal with prejudice shall be effective without a Court Order.

| | | |
|---|---|---|
| 1 | Dated: March 9, 2021 | SINGLETON LAW FIRM, APC |
| 2 | | |
| 3 | | By: */s/ Mikal C. Watts*<br>    Mikal C. Watts |
| 4 | | *Attorney for Plaintiffs* |
| 5 | | |
| 6 | | *James Bolden, Paulette Schmidt, Deborah Pryor-Bruns, Dennis Bruns, Chris Grady, Belinda Dill, Jack Dill, Sheila Pryor, Joe Pryor, Robie Rowe, Donald Stair, Eileen Stair, Stella Torrez, Cindy Van Horn, David Van Horn, Debra Dalton, Michael Dalton, and Aurora Kirby* |
| 11 | Dated: March 9, 2021 | Maltzman & Partners |
| 12 | | By: */s/ Jeffery B. Maltzman*<br>    Jeffrey B. Maltzman<br>    Rafaela Castells<br>    Ed Nield<br>    Gabrielle Nield |
| 16 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| 17 | | By: */s/ Jonathan Hughes*<br>    Jonathan W. Hughes |
| 19 | | Jonathan W. Hughes (SBN: 186829)<br>jonathan.hughes@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 471-3100<br>Facsimile:    (415) 471-3400 |
| 25 | | *Attorneys for Defendant* |
| 26 | | *Princess Cruise Lines LTD.* |